UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

SUSAN BANG,

Plaintiff,

Case No. 3:24-cv-195

vs.

SECRETARY OF VETERANS AFFAIRS,

Defendant.

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.
Magistrate Judge Caroline H. Gentry
(Mediator)

---

**ORDER CONDITIONALLY DISMISSING THIS CASE**

---

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that either party may, upon good cause shown within forty-five (45) days, reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

August 12, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge